Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of manufactures of shell the same in all material respects as that the subject of *Paramount Import Export Co. et al.* v. *United States* (45 C. C. P. A. 82, C. A. D. 677), the claim of the plaintiff was sustained.

**No. 62286.**—John Alban & Co., Inc., et al. *v.* United States, protests 143127–K, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of olives in brine similar in all material respects to those the subject of *Moscahlades Bros., Inc.* v. *United States* (39 Cust. Ct. 127, C. D. 1917), the claim of the plaintiffs was sustained.

**No. 62287.**—N. Katsoris et al. *v.* United States, protests 144808–K, etc. (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of olives in brine similar in all material respects to those the subject of *Moscahlades Bros., Inc.* v. *United States* (39 Cust. Ct. 127, C. D. 1917), the claim of the plaintiffs was sustained.

**No. 62288.**—Holland Food Corp. *v.* United States, protests 331039–K, 322205–K, and 58/1152 (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of soup mixes similar in all material respects to those the subject of *Cresca Co., Inc.* v. *United States* (38 Cust. Ct. 211, C. D. 1864), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, AUGUST 14, 1958

**No. 62289.**—S. Farber & Sons *v.* United States, protest 149080–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fox skins similar in all material respects to those the subject of *United States* v. *O. Brager-Larsen* (36 C. C. P. A. 1, C. A. D. 388), the claim of the plaintiff was sustained.

**No. 62290.**—The Lee-Herrmann Co. *v.* United States, protest 311567–K (New York).